**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JOHN WALLACE, on behalf of himself
and others similarly situated,

    Plaintiff,

v.                                  Case No. 3:20-cv-470-TJC-MCR

ROADRUNNER TIRE AND BRAKE
EXPRESS, LLC, a Florida Limited
Liability Company and TIMOTHY
BEVINGTON, individually,

    Defendants.

## O R D E R

Upon review of the Stipulation for Dismissal with Prejudice (Doc. 18), filed on May 24, 2021, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 26th day of May, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

agb
Copies:

Counsel of record